[Nos. 34547-1-II; 34553-6-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAYMOND NELSON, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 05-1-02317-1, Diane M. Woolard, J., entered December 20, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 34597-8-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY FLORENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03472-8, Beverly G. Grant, J., entered February 24, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 34748-2-II.   Division Two.   August 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA TUCKER CALKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01576-1, James E. Warme, J., entered April 27, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[Nos. 34844-6-II; 34850-1-II;   Division Two.   August 7, 2007.]
34854-3-II.

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW KAYNE ROMERO, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-01423-1, Stephanie A. Arend, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.